# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Imhotep Jordan, Jr.

               **V.**                        **JUDGMENT IN A CIVIL CASE**

Michael M. Anello

                                         **CASE NUMBER:**    11CV2435-JAH(MDD)

[X]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the civil action is dismissed without prejudice for failing to pay filing fees and for failing to move in forma pauperis and as frivolous and malicious.

| October 26, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON October 26, 2011 |